JACOBSON BROS. EXQUISITE FOOTWEAR, INC., Plaintiff, v. RELDA FINE SHOES, INC., Defendant.

Supreme Court, Special Term, Bronx County, June 13, 1951.

*Spence, Hotchkiss, Parker & Duryea* for plaintiff.

*Shapiro & Sikawitt* for defendant.

Eder, J. On settlement of decision and judgment. The action herein was brought pursuant to section 369-a *et seq.* of the General Business Law (Feld-Crawford Fair Trade Act), which relates to *intrastate* commerce. *Schwegmann Bros.* v. *Calvert Distillers Corp.* (341 U. S. 384) is clearly distinguishable. It is clear therefrom that it is without application or governing effect here. That case involved the Miller-Tydings Enabling Act (U. S. Code, tit. 15, § 1), and relates to *interstate* commerce. This action at bar involves intrastate transactions. The *Schwegmann* case ruling is applicable to and affects only interstate transactions in an action by a producer against a local retailer. In the instant case both parties were local retailers and the transactions were entirely local. Moreover, there is no evidence in the record that interstate commerce was involved; neither "implication" nor "inference" may be invoked in that regard. The court sees no ground for reconsideration of its decision because of the ruling in the *Schwegmann* case.

Decision and judgment signed.